Electronically Filed on _____

**Entered on Docket
December 31, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Bank of America, NA
09-77090

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27712-lbr |
| Flor Hernandez | Date: 12/8/2009<br>Time: 1:00 pm |
| | Chapter 7 |
| Debtor. | |

1

## ORDER VACATING AUTOMATIC STAY

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4

5

Secured Creditor Bank of America, NA, its assignees and/or successors in interest, of the subject

6

property, generally described as 4933 Morning Falls, Las Vegas, NV 89131, and legally described as

7

follows:

8

Parcel One (1):

9

Lot Eight Hundred Twenty-Nine (829) in Block Twenty-Six (26) of Final Map of Lynbrook-
Unit 9D as shown by map therof on file in Book 99 of plats, page 43, in the Office of the

10

County Recorder, Clark County, Nevada.

11

Parcel Two (2):

12

A non-exclusive easement for ingress, egress and public utility purposes on, over and across all

13

those areas labeled Private Streets and Common Areas on the map referenced hereinabove and
as referenced on the Final Map of Lynbrook (Large Lots), Book 89 of Plats, Page 26 of Official

14

Records, which easement is apputenant to Parcel One (1).

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By: /s/Gregory L. Wilde, Esq.
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Weiss Weiss Newark & Newark
2300 West Sahara
Suite 500, Box 34
Las Vegas, NV 89102
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor